UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY INKWON LEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICH SUBIA, Warden,<br><br>　　　　　Respondent. | No. CV 07-3512-DSF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/12/08

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE